```
BENJAMIN B. WAGNER
United States Attorney
WALLACE J. LEE
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TODD M. SANDELL, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 1:11-MJ-00076 SKO <br><br> MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Wallace J. Lee, Special Assistant United States Attorney, hereby moves to dismiss the Information filed on April 20, 2011, against Todd M. Sandell, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: April 12, 2012          BENJAMIN B. WAGNER
                               United States Attorney

                               By :  /s/ Wallace J. Lee
                                    WALLACE J. LEE
                                    Special Assistant U.S. Attorney

O R D E R

IT IS HEREBY ORDERED that the Information filed on April 20, 2011, against Todd M. Sandell, be dismissed in the interest of justice.

IT IS SO ORDERED.

Dated:   April 13, 2012            /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE